STEVEN W. MYHRE
Acting United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Christopher.Burton4@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN AUSTIN ROTHER<br><br>Defendant. | Case No. 2:17-cr-00148-JAD-GWF<br><br>STIPULATION TO CONTINUE THE RESPONSE DEADLINE, REPLY DEADLINE, AND HEARING FOR DEFENDANT'S MOTION TO SUPPRESS |

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, counsel for the United States of America, and NICHOLAS WOLLDRIDGE, ESQ., counsel for Defendant RYAN AUSTIN ROTHER, that the deadline for the Government's Response to the Defendant's Motion to Suppress, currently scheduled for December 25, 2017, the deadline for the Defendant's Reply, currently scheduled for January 4, 2018, be vacated and continued to the following dates:

IT IS STIPULATED AND AGREED, that the Government shall have to and including January 11, 2018, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the Defendant shall have to and including January 18, 2018, to file any and all replies to dispositive motions.

1   The parties further stipulate and agree that the hearing for Defendant's Motion to Suppress, currently scheduled for January 8, 2018, at 10:30 a.m. in the above-captioned matter, be vacated and continued a date and time to be set by this Honorable Court but no sooner than thirty (30) days.

This stipulation is entered into for the following reasons:

1. The Defendant has filed a Notice of Intent to Plead Guilty Without Benefit of a Plea Agreement (ECF No. 28). A hearing has not yet been set for Defendant's change of plea but the Defendant's counsel has indicated that once the Defendant has entered his guilty plea, his Motion to Suppress will be withdrawn or, in the alternative, rendered moot. Thus, the parties agree to not unnecessarily expend the resources of the parties or the Court litigating the pending Motion in light of the Defendant's anticipated guilty plea.

2. The parties agree to the continuance.

3. This is the <u>first</u> stipulation to continue the deadlines for the Government's Response, the Defendant's Reply, and the scheduled hearing.

DATED this 28th day of December, 2017.

|  | Respectfully submitted,<br>STEVEN W. MYHRE<br>Acting United States Attorney |
|---|---|
| ///s///<br>NICHOLAS WOOLDRIDGE, ESQ.<br>Counsel for Defendant<br>RYAN AUSTIN ROTHER | ///s///<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN AUSTIN ROTHER,<br><br>Defendant. | 2:17-cr-00148-JAD-GWF<br><br><br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant has filed a Notice of Intent to Plead Guilty Without Benefit of a Plea Agreement (ECF No. 28). The Court has not yet set a hearing for Defendant's change of plea but the Defendant's counsel has indicated that once the Defendant has entered his guilty plea, his pending Motion to Suppress will be withdrawn or, in the alternative, be rendered moot.

2. The parties agree to the continuance.

3. This is the <u>first</u> stipulation to continue the deadline for the Government's Response, the Defendant's Reply, and the scheduled hearing on the Defendant's pending Motion to Suppress.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the requested dates.

# ORDER

IT IS ORDERED, that the Government shall have to and including January 11, 2018, to file a Response to the pending Motion to Suppress.

IT IS FURTHER ORDERED, that the Defendant shall have to and including January 18, 2018, to file any and all replies to dispositive motions.

IT IS FURTHER ORDERED that the hearing for Defendant's Motion to Suppress currently scheduled for January 8, 2018, at the hour of 10:30 p.m., be vacated and continued to January 31, 2018, at the hour of 9:30 a.m.

DATED 29th day of December, 2017.

_____
THE HONORABLE GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE

2