NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for Ryan Austin Rother

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:17-CR-148-JAD-GWF |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **STIPULATION TO** |
| | : | **CONTINUE CHANGE OF** |
| RYAN AUSTIN ROTHER, | : | <u>**PLEA HEARING**</u> |
| | : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Steven W. Myhre, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America (hereinafter "the Government"), and Nicholas Wooldridge, Wooldridge Law Ltd., counsel for Ryan Austin Rother ("the Defendant") (collectively, "the Parties"), that the change of plea hearing scheduled for January 16, 2018 at 10:00 a.m. to a date certain in the future.

The Stipulation is entered into for the following reasons:

1.     The client is not in custody and does not oppose the continuance.

2.     The additional time requested herein is not sought for purposes of delay.

3.     Counsel has an unavoidable scheduling conflict on January 16th and 17th of 2018.

4.     The requested rescheduling of the change of plea hearing will not prejudice the Government. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the First Stipulation to continue the Change of Plea hearing filed herein.

DATED: January 12, 2018

WOOLDRIDGE LAW, LTD.

STEVEN W. MYHRE
Actin United States Attorney


By  /s/  Nicholas M. Wooldridge
NICHOLAS M. WOOLDRIDGE
Counsel for Ryan Austin Rother

By /s/ Christopher Floyd Burton
Christopher Floyd Burton
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:17-CR-148-JAD-GWF |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **FINDINGS OF FACT** |
| | : | **CONCLUSIONS OF LAW AND** |
| RYAN AUSTIN ROTHER., | : | **ORDER** |
| | : | |
| Defendant. | : | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.     Counsel for the defendant has requested a continuance of the change of plea hearing scheduled for January 16, 2018.

2.     The defendant is not in custody and does not object to the continuance.

3.     The parties agree to the continuance.

4.     The additional time requested herein is not sought for purposes of delay.

5.     The requested rescheduling of the change of plea hearing will not prejudice the Government.  The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## **ORDER**

**IT IS THEREFORE ORDERED** that the change of plea hearing scheduled for January 16, 2018 at 10:00 a.m. is rescheduled to January 22, 2018 at the hour of 10:00 a.m.

DATED this 16th day of January, 2018.

_____
UNITES STATES DISTRICT JUDGE