DAYLE ELIESON
United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Christopher.Burton4@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN AUSTIN ROTHER<br><br>Defendant. | Case No. 2:17-cr-00148-JAD-GWF<br><br>Stipulation to Continue the Sentencing Hearing<br>*(First Request)* |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, counsel for the United States of America, and NICHOLAS WOOLDRIDGE, ESQ., counsel for Defendant RYAN AUSTIN ROTHER, that the sentencing hearing, currently scheduled for April 24, 2018, be vacated and continued to a date and time to be set by this Honorable Court but no sooner than thirty (30) days:

This stipulation is entered into for the following reasons:

1. The Government has undergone efforts to identify any known victims included in the child pornography images and videos found on the Defendant's devices.

2. The Government is in the process of contacting identified victims to

determine whether they wish to seek restitution in this case. However, more time is needed to complete those efforts and they will not be finished by the time of the currently scheduled sentencing hearing.

3. In the interest of not bifurcating the sentencing hearing and determining restitution (if any) at a later date, the parties agree to a continuance of the entire sentencing hearing.

4. This is the <u>first</u> stipulation to continue the sentencing hearing.

DATED this 18th day of April, 2018.

|  |  |
|---|---|
| //s// <br> NICHOLAS WOOLRIDGE, ESQ. <br> Counsel for Defendant <br> RYAN AUSTIN ROTHER | Respectfully submitted, <br> DAYLE ELIESON <br> United States Attorney <br> //s// <br> CHRISTOPHER BURTON <br> Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN AUSTIN ROTHER,<br><br>Defendant. | 2:17-cr-00148-JAD-GWF<br><br><br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Government has undergone efforts to identify any known victims included in the child pornography images and videos found on the Defendant's devices.

2. The Government is in the process of contacting identified victims to determine whether they wish to seek restitution in this case. However, more time is needed to complete those efforts and they will not be finished by the time of the currently scheduled sentencing hearing.

3. In the interest of not bifurcating the sentencing hearing and determining restitution (if any) at a later date, the parties agree to a continuance of the entire sentencing hearing.

4. This is the <u>first</u> stipulation to continue the sentencing hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

# ORDER

IT IS ORDERED that the hearing for Defendant's sentencing hearing, currently scheduled for April 24, 2018, at the hour of 9:00 a.m., be vacated and continued to May 31, 2018, at the hour of 10:00 a.m.

DATED this 18th day of April, 2018.

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE