NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
Facsimile: (702) 359-8494
nicholas@wooldridgelawlv.com
Attorney for Ryan Austin Rother

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:17-CR-148-JAD-GWF |
| Plaintiff, | : | |
| v. | : | **SECOND STIPULATION TO CONTINUE SENTENCING** |
| RYAN AUSTIN ROTHER, | : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between DAYLE ELIESON, United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, counsel for the United States of America (hereinafter "the Government"), and NICHOLAS M. WOOLDRIDGE, ESQ., Wooldridge Law Ltd., counsel for Defendant RYAN AUSTIN ROTHER ("the Defendant") (collectively, "the Parties"), that the sentencing hearing currently scheduled for Thursday, May 31, 2018 at the hour of 10:00 a.m., be vacated and set to a date and time convenient to this court during the week of June 25, 2018.

The Stipulation is entered into for the following reasons:

1. The Defendant is not in custody and does not oppose the continuance.

2. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the defendant additional time to prepare for sentencing. Counsel is in the process of collecting additional materials from the defendants' family, which he will submit together with the Defendants' sentencing memorandum.

3. The Government has previously been granted a thirty (30) day continuance to investigate and gather additional information regarding restitution and identification of any potential victims in this case.

4. This is the Defendant's first request for continuance and the Government does not oppose this request for continuance.

This is the Second Stipulation to continue filed herein.

DATED: May __25__, 2018

| WOOLDRIDGE LAW, LTD. | DAYLE ELIESON |
| --- | --- |
| | United States Attorney |
| | |
| By /s/ Nicholas M. Wooldridge | By /s/ Christopher Floyd Burton |
| NICHOLAS M. WOOLDRIDGE | Christopher Floyd Burton |
| Counsel for Ryan Austin Rother | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:17-CR-148-JAD-GWF |
| Plaintiff, | : | |
| v. | : | |
| RYAN AUSTIN ROTHER., | : | **ORDER** |
| Defendant. | : | |

# FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant is in the process of collecting additional information and evidence from Defendant's family and needs additional time to prepare for sentencing.

2. The defendant is not in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the defendant additional time to prepare for sentencing.

5. This is the Parties' second stipulation to continue the sentencing hearing. Previously, the Government has requested and received a continuance of the sentencing hearing.

**IT IS ORDERED** that the hearing for Defendant's sentencing hearing, currently scheduled for May 31, 2018 at the hour of 10 a.m., be vacated and continued to July 3, 2018, at the hour of 9:00 a.m.

_____
UNITES STATES DISTRICT JUDGE
DATED: 5/25/2018