____FILED ____RECEIVED
____ENTERED ____SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 3 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-148-JAD-(GWF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| RYAN AUSTIN ROTHER, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by defendant Ryan Austin Rother to the criminal offense, forfeiting the property set forth in the Amended Bill of Particulars and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Ryan Austin Rother pled guilty. Criminal Indictment, ECF No. 1; Amended Bill of Particulars, ECF No. 17; Memorandum in Support of Plea without the Benefit of a Plea Agreement, ECF No. 30; Change of Plea, ECF No. 38; Preliminary Order of Forfeiture, ECF No. 41.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from February 21, 2018, through March 22, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 45 and 54.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 48.

On April 13, 2018, the United States Marshal's Service personally served Frauke Rother with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 48.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Black Gateway computer model SX2800;
2. Hitachi 2TB SATA hard drive Model No. HDS5C3020ALA632, Serial No. F303lWTF;
3. HP Pavilion laptop computer, Model No. dv-6, Serial No. CNF05149TZ;
4. Samsung 640GB SATA hard drive, Model No. HM641J1, Serial No. S25YJ1DZC01353;

///

5. Western digital external hard drive, Model No. WD100001C800 1TB, Serial No. WCAV47478298;
6. Maxtor 500GB SATA hard drive, Model No. 7H500F0, Serial No. H816QXKH; and
7. Kingston 2GB SD card, SHA1 checksum 5e34f432551c320ea8bad05a5a64d69e6dee1123

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 3rd day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE